**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RON DAVIS,** *et al.*                                                             **PLAINTIFFS**

**v.**                         **4:10CV1560-WRW**
                               **4:10CV1607-WRW**
                               **4:10CV1608-WRW**
                               **4:10CV1609-WRW**
                               **4:10CV1610-WRW**
                               **4:10CV1611-WRW**

**REGINA FAVORS,** *et al.*                                                         **DEFENDANTS**

<u>**ORDER**</u>

For the reasons set forth in the related case of *Ron Davis, et al. v. Regina Favors, et al.*,

Case No. 4:10CV01595-WRW, the Motions for Summary Remand[1] are DENIED.

IT IS SO ORDERED this 3rd day of January, 2011.


                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE

---

[1]Doc. Nos. 8, 10, 10, 8, 8, and 10, respectively.