IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RON DAVIS,** *et al.*                                                                               **PLAINTIFFS**

**v.**                                   **4:10CV01608-BRW**

**REGINA FAVORS,**
**President and CEO,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Initial Scheduling Order (Doc. No. 3) entered on November 12, 2010, is no longer in effect. An initial scheduling order will be entered in this case, and related cases, at an appropriate time.

IT IS SO ORDERED this 25th day of January, 2011.

                                                                     /s/Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE